Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

### ORDER

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

A jury convicted defendant of eighteen felony counts, consisting of three counts of first degree robbery, three of forcible rape, three of forcible sodomy, two of felony restraint, three of armed criminal action, three of kidnaping, and one of stealing. The trial court sentenced him as a persistent offender to seven consecutive life sentences, two concurrent life sentences, three consecutive ninety-nine year sentences, three concurrent thirty year sentences, and three concurrent twenty year sentences.

On appeal, defendant raises three points. We have studied the briefs, legal file, and transcript. No error of law appears and no jurisprudential purpose would be served by a written opinion.

The judgment and sentences are affirmed pursuant to Rule 30.25.

**STATE of Missouri, Plaintiff/Respondent,**

v.

**Taiwan DORIETY, Defendant/Appellant.**

No. 70110.

Missouri Court of Appeals,
Eastern District,
Division One.

March 24, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 27, 1998.

Application for Transfer Denied
Aug. 25, 1998.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.